IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY ALBRIGHT, #132655, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:09-CV-503-ID |
| ) | [WO] |
| ) | |
| TOM REID, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the orders heretofore entered on the docket (Court Doc. No. 7, Court Doc. No. 8 and Court Doc. No. 9), and as such orders contain irrelevant pages from a previous order, it is

ORDERED that the above described orders be VACATED and STRICKEN from the docket in this case.

Done this 11th day of June, 2009.

　　　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE