IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY ALBRIGHT, #132655, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:09-CV-503-ID |
| | ) [WO] |
| | ) |
| TOM REID, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the objection filed by the plaintiff on June 10, 2009 (Court Doc. No. 5), and for good cause, it is

ORDERED that the Recommendation entered on June 3, 2009 (Court Doc. No. 4) be and is hereby WITHDRAWN.

Done this 11th day of June, 2009.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE