THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY ALBRIGHT, #132655, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:09-CV-503-ID |
| | ) | [WO] |
| | ) | |
| TOM REID, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On June 12, 2009, the Magistrate Judge filed a Recommendation (Doc. 14) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 14) of the Magistrate Judge is ADOPTED;

2. Plaintiff's claims against Tom Reid and the Central Alabama Drug Task Enforcement Agency arising from plaintiff's January 10, 2007 arrest be DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) as the plaintiff failed to file the complaint within the time prescribed by the applicable period of limitations;

3. Plaintiff's claims against Judge Sibley Reynolds and District Attorney Randall Houston be DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii);

4. To the extent the plaintiff presents claims challenging the constitutionality of the controlled substance conviction(s) imposed upon him by the Circuit Court of Augauga County, Alabama, these claims be DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i); and

5. This case be DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

Done this 29th day of June, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE